Simon Anhalt, Appellant, v. James Burrell, Respondent, and Thomas Burrell, Doing Business under the Firm Name and Style of Burrell Brothers.— Order affirmed, with ten dollars costs and disbursements. No opinion.

W. C. Sweetser Company v. Lucy Gilsey and Another.—Motion granted, with ten dollars costs.

Florine A. Evesson v. Isaac N. Hebbard.— Motion granted, with ten dollars costs.

The People of the State of New York v. Joseph Bella. The People of the State of New York v. Nathan Greenberg. The People of the State of New York v. William Mullins. The People of the State of New York ex rel. Martin Schubert v. The Warden of Elmira Reformatory.— Motions granted.

Philip W. Saitta v. New York and Cuba Steamship Company. (2 cases.)— Motions granted. Orders signed.

Fannie Abramovitz v. Michael Tenzer. (2 cases.) — Applications granted. Orders signed.

Julia S. Newman v. Julian Benedict.— Motion denied, with ten dollars costs.

Rollin M. Morgan v. Tichenor Grand Company. (2 cases.) Calogaro Petrantoni v. New York Taxicab Company. (2 cases.) — Applications denied, with ten dollars costs. Orders signed.

Aaron Arnold v. Leopold Schmiddler and Others. The State Board of Pharmacy v. F. W. Woolworth and Company.— Application granted. Orders signed.

John R. Salmon v. Thomas E. Lynch. Haratune Michaelyan v. Siragan S. Costikyan.. Charles O'Johnson v. New York Breweries Company. Aaron Sydelman v. Sarah C. Hewitt. Frank Degenhart v. New York Taxicab Company. (2 cases.) — Applications denied, with ten dollars costs. Orders signed.

Theodore A. Bingham v. William J. Gaynor. James Pollitz v. George J. Gould and Others. Motions granted; questions certified.

Nannie J. Barry v. The City of New York. Annie M. Fitzgerald v. The City of New York. Constantine J. McGuire v. Margaret E. Hughes.— Motions granted.